DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
ALEXIS VIEIRA-POTTER
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TYLER SEYMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-mj-165-DAD |
|---|---|
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER |
| v. | ) |
| TYLER SEYMON, | ) Date: August 10, 2011<br>) Time: 9:00 a.m.<br>) Judge: Hon. Dale A. Drozd |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Jill Thomas, Assistant United States Attorney, and Linda Harter, Chief Assistant Federal Defender, attorney for TYLER SEYMON, that the Court vacate the bench trial currently set for August 10, 2011 at 9:00 a.m. The parties further stipulate that a status conference should be set for Tuesday, September 20, 2011 at 10:00 a.m.

///

1  At present, additional time is needed by defense counsel to
2  investigate and review discovery.  Because this is a Class B
3  Misdemeanor, time exclusion is not necessary.
4
5                                       Respectfully submitted,
6  Dated: August 3, 2011                DANIEL J. BRODERICK
                                        Federal Defender
7
                                        /s/ Linda Harter
8                                       LINDA HARTER
                                        Chief Assistant Federal Defender
9                                       Attorney for Defendant
                                        TYLER SEYMON
10
11
12 Dated: August 3, 2011                BENJAMIN WAGNER
                                        United States Attorney
13
14                                      /s/ Justin Lee
                                        JUSTIN LEE
15                                      Special Assistant U.S. Attorney
16
17
                                        ORDER
18
19 IT IS SO ORDERED.
20 DATED: September 14, 2011.
21
22                                      _____
                                        DALE A. DROZD
23                                      UNITED STATES MAGISTRATE JUDGE
24 dad1:crim
   seymon0165.stipord.stat.wpd
25
26
27
28

Stipulation and Order                   -2-