

FILED

SEP 19 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Linda Harter, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   ANDREA S. MOON
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  TYLER SEYMON

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,        ) Mag. No. 11-165 DAD
15                                   )
                Plaintiff,           )   *DAD*
16                                   ) STIPULATION AND [~~PROPOSED~~] ORDER
        v.                           ) TO VACATE AND RESET STATUS
17                                   ) CONFERENCE DATE
   TYLER SEYMON,                     )
18                                   )
                Defendant.           ) Date: September 20, 2011
19                                   ) Time: 10:00 a.m.
   _____ ) Judge: Hon. Dale A. Drozd
20

21

22
   The United States of America, through David Stevens, Special Assistant
23
   United States Attorney, together with defendant, Tyler Seymon, by
24
   counsel Linda Harter, Chief Assistant Federal Defender, stipulate to
25
   vacate the status conference set for September 20, 2011 at 10:00 am and
26
   reset the status conference date for October 18, 2011 at 10:00 am. The
27
   ///
28

1  parties are seeking to resolve this matter and the defense needs
2  additional time to provide the government with documentation.
3  Dated:   September 19, 2011
                                  Respectfully submitted,
4
                                  DANIEL J. BRODERICK
5                                 Federal Defender

6

7                                 /s/ Linda Harter
                                  LINDA HARTER
8                                 Assistant Federal Defender
                                  Attorney for Defendant
9                                 TYLER SEYMON

10

11 Dated:  September 19, 2011     BENJAMIN B. WAGNER
                                  United States Attorney
12

13                                /s/ David Stevens
                                  David Stevens
14                                Special Assistant U.S. Attorney

15

16                               ORDER

17 IT IS SO ORDERED.

18

19 Dated: 9/19/11                 _____
                                  HON. DALE A. DROZD
20                                United States Magistrate Judge

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER   -2-