```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  Linda Harter, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    ANDREA S. MOON
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  TYLER SEYMON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Mag. No. 11-165 DAD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO VACATE AND RESET STATUS |
| | ) CONFERENCE DATE |
| TYLER SEYMON, | ) |
| Defendant. | ) Date:  October 18, 2011 |
| | ) Time:  10:00 a.m. |
| _____ | ) Judge: Hon. Dale A. Drozd |

   The United States of America, through David Stevens, Special Assistant United States Attorney, together with defendant, Tyler Seymon, by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the status conference set for October 18, 2011 at 10:00 am and reset the status conference date for December 13, 2011 at 10:00 am.

1  The parties are close to a resolution in this matter and the
2  defense requires additional time to provide the government with
3  documentation.
4  Dated:  October 14, 2011

   Respectfully submitted,

   DANIEL J. BRODERICK
   Federal Defender


   /s/ Linda Harter
   LINDA HARTER
   Assistant Federal Defender
   Attorney for Defendant
   TYLER SEYMON


12  Dated: October 14, 2011           BENJAMIN B. WAGNER
                                      United States Attorney


                                      /s/ David Stevens
                                      David Stevens
                                      Special Assistant U.S. Attorney


                              ORDER

18  IT IS SO ORDERED.
19  DATED: October 14, 2011.

   _____
   DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE


24  ddad1:criminal
    seymon0165.stipord.cont.statconf.wpd

STIPULATION AND [PROPOSED] ORDER   -2-